# EXHIBIT A

**LAW OFFICES OF**
**CHAMBERS & NORONHA**
2070 NORTH TUSTIN AVENUE
SANTA ANA, CALIFORNIA 92705
(714)558-1400

GARY L. CHAMBERS, ESQ.
ATTORNEY BAR NO. 86076
glchambers@cnlegalgroup.com
GARRETT R. CHAMBERS, ESQ.
ATTORNEY BAR NO. 304796
grchambers@cnlegalgroup.com
CHANTELL CERVANTES-CHAMBERS, ESQ.
ATTORNEY BAR NO. 299501
cpcervantes@cnlegalgroup.com

Attorneys for Plaintiff

Electronically FILED by
Superior Court of California,
County of Los Angeles
1/11/2024 6:49 PM
David W. Slayton,
Executive Officer/Clerk of Court,
By N. Le, Deputy Clerk

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF LOS ANGELES

ANDREA JENNINGS,

        Plaintiff,

  vs.

UNITED AIRLINES, INC., and
DOES 1 to 100, INCLUSIVE,

        Defendants.

CASE NO. 24BBCV00089

COMPLAINT FOR PERSONAL INJURY AND DEMAND FOR JURY TRIAL

Plaintiff, ANDREA JENNINGS, alleges as follows:

**GENERAL ALLEGATIONS**

1. Plaintiff is a competent adult and resident of the State of California.

2. At all times herein mentioned, Defendant, UNITED AIRLINES, INC., is a corporation duly authorized to and doing business in various counties and States, including Los Angeles County, State of California.

-1-
COMPLAINT FOR PERSONAL INJURY AND DEMAND FOR JURY TRIAL

3. At all times herein mentioned, UNITED AIRLINES, INC., and DOES 1 to 100, Inclusive, were engaged in the business of, *inter alia*, providing passenger contracts for travel and/or vacation services to the public aboard its airplanes, which UNITED AIRLINES, INC., owned, developed, operated, manned, managed, navigated, inspected, serviced, maintained and repaired.

4. At all times herein mentioned, UNITED AIRLINES, INC., and DOES 1 to 100, Inclusive, were engaged in, *inter alia,* owning, developing, operating, manning, navigating, inspecting, servicing, maintaining, and repairing the airplanes, its appurtenances, where plaintiff was negligently injured, as hereinafter more fully alleged.

5. At all times herein mentioned UNITED AIRLINES, INC., and DOES 1 to 100, Inclusive, employed both male and female individuals known as pilots to assist, interact with and serve its customers during flights.

6. At all times herein mentioned UNITED AIRLINES, INC., and DOES 1 to 100, Inclusive, employed both male and female individuals known as flight attendants to assist, interact with and serve its customers during flights.

7. DOE Defendants 1 through 100, Inclusive, are business organizations, form unknown, or competent adults.

8. The true names and capacities of fictitious named defendants, sued as DOE Defendants 1 through 100, Inclusive, are unknown to plaintiff who, therefore, sues said defendants by such fictitious names. Plaintiff is informed and believes, and thereon alleges, that each of the defendants is negligently or otherwise

legally responsible in some manner for the events and happenings referenced herein, and negligently or otherwise proximately caused and is legally responsible for plaintiff's injuries and damages.

9. At all times herein mentioned, each defendant was the agent, servant, and employee of each of the other defendants and, in doing the things alleged, acted within the course and scope of said agency, services and employment.

10. On or about July 21, 2023, plaintiff embarked aboard one of defendant's airplanes traveling from BILL AND HILLARY INTERNATIONAL AIRPORT IN Little Rock, Arkansas to Burbank, California, when she was injured and damaged aboard the said airplane due to a defective, dangerous, loose or otherwise inadequate panel attached to the ceiling which directly fell onto plaintiff's head, neck and other areas of her body causing severe and debilitating injuries as aforesaid.

11. On or about July 21, 2023, plaintiff advised Defendants, and each of them, she was injured and would be making a claim for the personal injuries that she sustained on July 21, 2023.

12. On July 21, 2023, Defendants, and each of them, informed plaintiff that Defendant, United Airlines, Inc., would contact her.

### FIRST CAUSE OF ACTION

13. Plaintiff incorporates by reference, as though fully set forth at length, paragraphs 1 through 12, inclusive, of this Complaint.

14. The negligent acts of the defendants, and each of them, were the direct and legal cause of plaintiff ANDREA JENNINGS' accident, and resultant severe and debilitating injuries and

damages.

15. On or about, July 21, 2023, the Defendants, and each of them, negligently owned, developed, operated, manned, managed, navigated, inspected, serviced, maintained and repaired their airplane which plaintiff was a passenger on.

16. As a direct and legal cause of each of the defendants' acts, the plaintiff was injured in her health, strength and activity, which injuries caused, and continue to cause plaintiff physical, mental and emotional pain, suffering and distress.

17. As a direct and proximate result of the negligence, carelessness, recklessness, wantonness and unlawfulness of Defendants, and each of them, and the resulting fall, as aforesaid, plaintiff, ANDREA JENNINGS, sustained severe and serious injury to her person, all to plaintiff's damage in a sum within the jurisdiction of this Court and to be shown according to proof.

18. By reason of the foregoing, this plaintiff has been required to employ the services of hospitals, physicians, surgeons, nurses and other professional services and plaintiff has been compelled to incur expenses for ambulance services, medicines, x-rays, and other medical supplies and services. Plaintiff is informed and believes, and thereon alleges, that further services of said nature will be required by plaintiff for an unpredictable period in the future, all to the damage of plaintiff in an amount to be shown according to proof.

19. At the time of the injury, as aforesaid, plaintiff, ANDREA JENNINGS, was regularly and gainfully employed; by reason of the foregoing, plaintiff has been unable to engage in her employment

for a time subsequent to said accident and plaintiff is informed and believes, and upon such information and belief, alleges that she will be unable to work in her said employment for an indefinite period in the future, thereby suffering a loss of earning capacity, all to plaintiff's damage in an amount to be shown according to proof.

20. As a direct and legal cause of each of the defendants' acts, the plaintiff has required, and will continue to require, the services of physicians, hospital care, and related health care services, all in amounts according to proof.

21. As a direct and legal cause of each of the defendants' acts, plaintiff has incurred, and will incur, other pecuniary losses, all in amounts according to proof.

WHEREFORE, plaintiff, ANDREA JENNINGS, prays for judgment against defendants, as follows:

1. General damages, in an amount according to proof;
2. Medical and related expenses, past and future, in an amount according to proof;
3. Other pecuniary losses, according to proof;
4. For prejudgment interest, pursuant to Civil Code Section 3291;
5. For costs of suit incurred herein; and
6. For such other and further relief as the Court deems just and proper.

Dated: January 8, 2024         CHAMBERS & NORONHA

By: _____
GARY L. CHAMBERS
GARRETT R. CHAMBERS
CHANTELL CERVANTES-CHAMBERS
Attorneys for Plaintiff

-5-

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands trial by jury.

Dated: January 8, 2024        CHAMBERS & NORONHA

By: _____
GARY L. CHAMBERS
GARRETT R. CHAMBERS
CHANTELL CERVANTES-CHAMBERS
Attorneys for Plaintiff

# SUMMONS
## (CITACION JUDICIAL)

**SUM-100**

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
UNITED AIRLINES, INC., and
DOES 1 to 100, INCLUSIVE

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
ANDREA JENNINGS

JOB # 403700

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

Electronically FILED by
Superior Court of California,
County of Los Angeles
1/11/2024 6:49 PM
David W. Slayton,
Executive Officer/Clerk of Court,
By N. Le, Deputy Clerk

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center *(www.courtinfo.ca.gov/selfhelp)*, your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site *(www.lawhelpcalifornia.org)*, the California Courts Online Self-Help Center *(www.courtinfo.ca.gov/selfhelp)*, or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*

**CASE NUMBER** *(Número del Caso):* 24BBCV00089

LOS ANGELES COUNTY SUPERIOR COURT
300 East Olive
Burbank, California 91502

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Gary L. Chambers, Esq. 86076 CHAMBERS & NORONHA
2070 N. Tustin Avenue (714) 558-1400
Santa Ana, CA 92705

DATE: 01/11/2024   David W. Slayton, Executive Officer/Clerk of Court
*(Fecha)*   Clerk, by N. Le , Deputy
   *(Secretario)*   *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*


[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* UNITED AIRLINES, INC.
   under: ☒ CCP 416.10 (corporation)   ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)   ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☒ by personal delivery on *(date):* JAN 16, 2024

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

JENNINGS, Andrea

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF LOS ANGELES | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Burbank Courthouse<br>300 East Olive Avenue, Rm 225, Burbank, CA 91502 | **FILED**<br>Superior Court of California<br>County of Los Angeles<br>**01/11/2024**<br>David W. Slayton, Executive Officer / Clerk of Court<br>By: _____N. Le_____ Deputy |
| NOTICE OF CASE ASSIGNMENT<br><br>UNLIMITED CIVIL CASE | |
| Your case is assigned for all purposes to the judicial officer indicated below. | CASE NUMBER:<br>24BBCV00089 |

**THIS FORM IS TO BE SERVED WITH THE SUMMONS AND COMPLAINT**

| | ASSIGNED JUDGE | DEPT | ROOM | | ASSIGNED JUDGE | DEPT | ROOM |
|---|---|---|---|---|---|---|---|
| ✔ | John J. Kralik | B | | | | | |

Given to the Plaintiff/Cross-Complainant/Attorney of Record    David W. Slayton, Executive Officer / Clerk of Court

on  01/12/2024                                                          By  N. Le                              , Deputy Clerk
        (Date)

LACIV 190 (Rev 6/18)         **NOTICE OF CASE ASSIGNMENT – UNLIMITED CIVIL CASE**
LASC Approved 05/06

## INSTRUCTIONS FOR HANDLING UNLIMITED CIVIL CASES

The following critical provisions of the California Rules of Court, Title 3, Division 7, as applicable in the Superior Court, are summarized for your assistance.

### APPLICATION
The Division 7 Rules were effective January 1, 2007. They apply to all general civil cases.

### PRIORITY OVER OTHER RULES
The Division 7 Rules shall have priority over all other Local Rules to the extent the others are inconsistent.

### CHALLENGE TO ASSIGNED JUDGE
A challenge under Code of Civil Procedure Section 170.6 must be made within 15 days after notice of assignment for all purposes to a judge, or if a party has not yet appeared, within 15 days of the first appearance.

### TIME STANDARDS
Cases assigned to the Independent Calendaring Courts will be subject to processing under the following time standards:

### COMPLAINTS
All complaints shall be served within 60 days of filing and proof of service shall be filed within 90 days.

### CROSS-COMPLAINTS
Without leave of court first being obtained, no cross-complaint may be filed by any party after their answer is filed. Cross-complaints shall be served within 30 days of the filing date and a proof of service filed within 60 days of the filing date.

### STATUS CONFERENCE
A status conference will be scheduled by the assigned Independent Calendar Judge no later than 270 days after the filing of the complaint. Counsel must be fully prepared to discuss the following issues: alternative dispute resolution, bifurcation, settlement, trial date, and expert witnesses.

### FINAL STATUS CONFERENCE
The Court will require the parties to attend a final status conference not more than 10 days before the scheduled trial date. All parties shall have motions in limine, bifurcation motions, statements of major evidentiary issues, dispositive motions, requested form jury instructions, special jury instructions, and special jury verdicts timely filed and served prior to the conference. These matters may be heard and resolved at this conference. At least five days before this conference, counsel must also have exchanged lists of exhibits and witnesses, and have submitted to the court a brief statement of the case to be read to the jury panel as required by Chapter Three of the Los Angeles Superior Court Rules.

### SANCTIONS
The court will impose appropriate sanctions for the failure or refusal to comply with Chapter Three Rules, orders made by the Court, and time standards or deadlines established by the Court or by the Chapter Three Rules. Such sanctions may be on a party, or if appropriate, on counsel for a party.

**This is not a complete delineation of the Division 7 or Chapter Three Rules, and adherence only to the above provisions is therefore not a guarantee against the imposition of sanctions under Trial Court Delay Reduction. Careful reading and compliance with the actual Chapter Rules is imperative.**

### Class Actions
Pursuant to Local Rule 2.3, all class actions shall be filed at the Stanley Mosk Courthouse and are randomly assigned to a complex judge at the designated complex courthouse. If the case is found not to be a class action it will be returned to an Independent Calendar Courtroom for all purposes.

### *Provisionally Complex Cases
Cases filed as provisionally complex are initially assigned to the Supervising Judge of complex litigation for determination of complex status. If the case is deemed to be complex within the meaning of California Rules of Court 3.400 et seq., it will be randomly assigned to a complex judge at the designated complex courthouse. If the case is found not to be complex, it will be returned to an Independent Calendar Courtroom for all purposes.

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: Gary L. Chambers, Esq. / CHAMBERS & NORONHA   SBN. 86076<br>2070 North Tustin Avenue, Santa Ana, California 92705 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO: 714/558-1400   FAX NO.: 714/558-0885<br>EMAIL ADDRESS: glchambers@cnlegalgroup.com<br>ATTORNEY FOR *(Name)*: Plaintiff | Electronically FILED by<br>Superior Court of California,<br>County of Los Angeles<br>1/11/2024 6:49 PM<br>David W. Slayton,<br>Executive Officer/Clerk of Court,<br>By N. Le, Deputy Clerk |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES<br>STREET ADDRESS: 300 East Olive<br>MAILING ADDRESS: Burbank, California 91502<br>CITY AND ZIP CODE:<br>BRANCH NAME: Burbank Courthouse | |
| CASE NAME:<br>JENNINGS v. UNITED AIRLINES, INC., et al., | |

| CIVIL CASE COVER SHEET<br>[x] Unlimited   [ ] Limited<br>(Amount demanded exceeds $35,000)   (Amount demanded is $35,000 or less) | Complex Case Designation<br>[ ] Counter   [ ] Joinder<br>Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | CASE NUMBER:<br>24BBCV00089<br>JUDGE:<br>DEPT: |
|---|---|---|

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[x] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [ ] is [x] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply)*: a. [x] monetary   b. [ ] nonmonetary; declaratory or injunctive relief   c. [ ] punitive
4. Number of causes of action *(specify)*: One
5. This case [ ] is [x] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related cases. *(You may use form CM-015.)*

Date: 01/08/2024

GARY L. CHAMBERS
(TYPE OR PRINT NAME)                    ▶  (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. January 1, 2024]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal Standards of Judicial Administration, std. 3.10
*www.courts.ca.gov*

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
- Auto (22)–Personal Injury/Property Damage/Wrongful Death
- Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
- Asbestos (04)
  - Asbestos Property Damage
  - Asbestos Personal Injury/ Wrongful Death
- Product Liability *(not asbestos or toxic/environmental)* (24)
- Medical Malpractice (45)
  - Medical Malpractice– Physicians & Surgeons
  - Other Professional Health Care Malpractice
- Other PI/PD/WD (23)
  - Premises Liability (e.g., slip and fall)
  - Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  - Intentional Infliction of Emotional Distress
  - Negligent Infliction of Emotional Distress
  - Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
- Business Tort/Unfair Business Practice (07)
- Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
- Defamation (e.g., slander, libel) (13)
- Fraud (16)
- Intellectual Property (19)
- Professional Negligence (25)
  - Legal Malpractice
  - Other Professional Malpractice *(not medical or legal)*
- Other Non-PI/PD/WD Tort (35)

**Employment**
- Wrongful Termination (36)
- Other Employment (15)

**Contract**
- Breach of Contract/Warranty (06)
  - Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
  - Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
  - Negligent Breach of Contract/ Warranty
  - Other Breach of Contract/Warranty
- Collections (e.g., money owed, open book accounts) (09)
  - Collection Case–Seller Plaintiff
  - Other Promissory Note/Collections Case
- Insurance Coverage *(not provisionally complex)* (18)
  - Auto Subrogation
  - Other Coverage
- Other Contract (37)
  - Contractual Fraud
  - Other Contract Dispute

**Real Property**
- Eminent Domain/Inverse Condemnation (14)
- Wrongful Eviction (33)
- Other Real Property (e.g., quiet title) (26)
  - Writ of Possession of Real Property
  - Mortgage Foreclosure
  - Quiet Title
  - Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
- Commercial (31)
- Residential (32)
- Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
- Asset Forfeiture (05)
- Petition Re: Arbitration Award (11)
- Writ of Mandate (02)
  - Writ–Administrative Mandamus
  - Writ–Mandamus on Limited Court Case Matter
  - Writ–Other Limited Court Case Review
- Other Judicial Review (39)
  - Review of Health Officer Order
  - Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
- Antitrust/Trade Regulation (03)
- Construction Defect (10)
- Claims Involving Mass Tort (40)
- Securities Litigation (28)
- Environmental/Toxic Tort (30)
- Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
- Enforcement of Judgment (20)
  - Abstract of Judgment (Out of County)
  - Confession of Judgment *(non-domestic relations)*
  - Sister State Judgment
  - Administrative Agency Award *(not unpaid taxes)*
  - Petition/Certification of Entry of Judgment on Unpaid Taxes
  - Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
- RICO (27)
- Other Complaint *(not specified above)* (42)
  - Declaratory Relief Only
  - Injunctive Relief Only *(non-harassment)*
  - Mechanics Lien
  - Other Commercial Complaint Case *(non-tort/non-complex)*
  - Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
- Partnership and Corporate Governance (21)
- Other Petition *(not specified above)* (43)
  - Civil Harassment
  - Workplace Violence
  - Elder/Dependent Adult Abuse
  - Election Contest
  - Petition for Name Change
  - Petition for Relief From Late Claim
  - Other Civil Petition

| SHORT TITLE | CASE NUMBER: |
|---|---|
| JENNINGS v. UNITED AIRLINES, INC., et al. | |

## CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION
### (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

This form is required pursuant to Local Rule 2.3 in all new civil case filings in the Los Angeles Superior Court

**Step 1:** After completing the Civil Case Cover Sheet (Judicial Council form CM-010), find the exact case type in Column A that corresponds to the case type indicated in the Civil Case Cover Sheet.

**Step 2:** In Column B, check the box for the type of action that best describes the nature of the case.

**Step 3:** In Column C, circle the number which explains the reason for the court filing location you have chosen.

| Applicable Reasons for Choosing Courthouse Location (Column C) ||
|---|---|
| 1. Class Actions must be filed in the Stanley Mosk Courthouse, Central District. | 7. Location where petitioner resides. |
| 2. Permissive filing in Central District. | 8. Location wherein defendant/respondent functions wholly. |
| 3. Location where cause of action arose. | 9. Location where one or more of the parties reside. |
| 4. Location where bodily injury, death or damage occurred. | 10. Location of Labor Commissioner Office. |
| 5. Location where performance required, or defendant resides. | 11. Mandatory filing location (Hub Cases – unlawful detainer, limited non-collection, limited collection). |
| 6. Location of property or permanently garaged vehicle. | |

| | A<br>Civil Case Cover Sheet Case Type | B<br>Type of Action<br>(check only one) | C<br>Applicable Reasons (see Step 3 above) |
|---|---|---|---|
| Auto Tort | Auto (22) | ☐ 2201   Motor Vehicle – Personal Injury/Property Damage/Wrongful Death | 1, 4 |
| | Uninsured Motorist (46) | ☐ 4601   Uninsured Motorist – Personal Injury/Property Damage/Wrongful Death | 1, 4 |
| Other Personal Injury/ Property Damage/ Wrongful Death | Other Personal Injury/Property Damage/ Wrongful Death (23) | ☐ 2301   Premise Liability (e.g., dangerous conditions of property, slip/trip and fall, dog attack, etc.) | 1, 4 |
| | | ☐ 2302   Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, battery, vandalism, etc.) | 1, 4 |
| | | ☐ 2303   Intentional Infliction of Emotional Distress | 1, 4 |
| | | ☒ 2304   Other Personal Injury/Property Damage/Wrongful Death | 1, 4 |
| | | ☐ 2305   Elder/Dependent Adult Abuse/Claims Against Skilled Nursing Facility | 1, 4 |
| | | ☐ 2306   Intentional Conduct – Sexual Abuse Case (in any form) | 1, 4 |

LASC CIV 109 Rev. 01/23
For Mandatory Use

■CEB Essential
ceb.com ⓕForms

CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION

JENNINGS, Andrea

LASC Local Rule 2.3
Page 1 of 5

| SHORT TITLE | CASE NUMBER: |
|---|---|
| JENNINGS v. UNITED AIRLINES, INC., et al. | |

| | A<br>Civil Case Cover Sheet Case Type | B<br>Type of Action<br>(check only one) | | C<br>Applicable Reasons (see Step 3 above) |
|---|---|---|---|---|
| Other Personal Injury/ Property Damage/ Wrongful Death | | ☐ 2307 | Construction Accidents | 1, 4 |
| | | ☐ 2308 | Landlord – Tenant Habitability (e.g., bed bugs, mold, etc.) | 1, 4 |
| | Product Liability (24) | ☐ 2401 | Product Liability (not asbestos or toxic/ environmental) | 1, 4 |
| | | ☐ 2402 | Product Liability – Song-Beverly Consumer Warranty Act (CA Civil Code §§1790-1795.8) (Lemon Law) | 1, 3, 5 |
| | Medical Malpractice (45) | ☐ 4501 | Medical Malpractice – Physicians & Surgeons | 1, 4 |
| | | ☐ 4502 | Other Professional Health Care Malpractice | 1, 4 |
| Non-Personal Injury/ Property Damage/ Wrongful Death Tort | Business Tort (07) | ☐ 0701 | Other Commercial/Business Tort (not fraud or breach of contract) | 1, 2, 3 |
| | Civil Rights (08) | ☐ 0801 | Civil Rights/Discrimination | 1, 2, 3 |
| | Defamation (13) | ☐ 1301 | Defamation (slander/libel) | 1, 2, 3 |
| | Fraud (16) | ☐ 1601 | Fraud (no contract) | 1, 2, 3 |
| | Professional Negligence (25) | ☐ 2501 | Legal Malpractice | 1, 2, 3 |
| | | ☐ 2502 | Other Professional Malpractice (not medical or legal) | 1, 2, 3 |
| | Other (35) | ☐ 3501 | Other Non-Personal Injury/Property Damage tort | 1, 2, 3 |
| Employment | Wrongful Termination (36) | ☐ 3601 | Wrongful Termination | 1, 2, 3 |
| | Other Employment (15) | ☐ 1501 | Other Employment Complaint Case | 1, 2, 3 |
| | | ☐ 1502 | Labor Commissioner Appeals | 10 |
| Contract | Breach of Contract / Warranty (06) (not insurance) | ☐ 0601 | Breach of Rental/Lease Contract (not unlawful detainer or wrongful eviction) | 2, 5 |
| | | ☐ 0602 | Contract/Warranty Breach – Seller Plaintiff (no fraud/negligence) | 2, 5 |
| | | ☐ 0603 | Negligent Breach of Contract/Warranty (no fraud) | 1, 2, 5 |
| | | ☐ 0604 | Other Breach of Contract/Warranty (no fraud/ negligence) | 1, 2, 5 |
| | | ☐ 0605 | Breach of Rental/Lease Contract (COVID-19 Rental Debt) | 2, 5 |
| | Collections (09) | ☐ 0901 | Collections Case - Seller Plaintiff | 5, 6, 11 |
| | | ☐ 0902 | Other Promissory Note/Collections Case | 5, 11 |
| | | ☐ 0903 | Collections Case – Purchased Debt (charged off consumer debt purchased on or after January 1, 2014) | 5, 6, 11 |
| | | ☐ 0904 | Collections Case – COVID-19 Rental Debt | 5, 11 |
| | Insurance Coverage (18) | ☐ 1801 | Insurance Coverage (not complex) | 1, 2, 5, 8 |

LASC CIV 109 Rev. 01/23
For Mandatory Use

CEB Essential
ceb.com Forms

**CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION**

LASC Local Rule 2.3
Page 2 of 5

JENNINGS, Andrea

| SHORT TITLE JENNINGS v. UNITED AIRLINES, INC., et al. | | CASE NUMBER | |
|---|---|---|---|

| | A<br>Civil Case Cover Sheet Case Type | B<br>Type of Action<br>(check only one) | C<br>Applicable Reasons (see Step 3 above) |
|---|---|---|---|
| Contract (Continued) | Other Contract (37) | ☐ 3701  Contractual Fraud | 1, 2, 3, 5 |
| | | ☐ 3702  Tortious Interference | 1, 2, 3, 5 |
| | | ☐ 3703  Other Contract Dispute (not breach/insurance/fraud/negligence) | 1, 2, 3, 8, 9 |
| Real Property | Eminent Domain/ Inverse Condemnation (14) | ☐ 1401  Eminent Domain/Condemnation<br>Number of Parcels | 2, 6 |
| | Wrongful Eviction (33) | ☐ 3301  Wrongful Eviction Case | 2, 6 |
| | Other Real Property (26) | ☐ 2601  Mortgage Foreclosure | 2, 6 |
| | | ☐ 2602  Quiet Title | 2, 6 |
| | | ☐ 2603  Other Real Property (not eminent domain, landlord/tenant, foreclosure) | 2, 6 |
| Unlawful Detainer | Unlawful Detainer – Commercial (31) | ☐ 3101  Unlawful Detainer – Commercial (not drugs or wrongful eviction) | 6, 11 |
| | Unlawful Detainer – Residential (32) | ☐ 3201  Unlawful Detainer – Residential (not drugs or wrongful eviction) | 6, 11 |
| | Unlawful Detainer – Post Foreclosure (34) | ☐ 3401  Unlawful Detainer – Post Foreclosure | 2, 6, 11 |
| | Unlawful Detainer – Drugs (38) | ☐ 3801  Unlawful Detainer – Drugs | 2, 6, 11 |
| Judicial Review | Asset Forfeiture (05) | ☐ 0501  Asset Forfeiture Case | 2, 3, 6 |
| | Petition re Arbitration (11) | ☐ 1101  Petition to Compel/Confirm/Vacate Arbitration | 2, 5 |
| | Writ of Mandate (02) | ☐ 0201  Writ – Administrative Mandamus | 2, 8 |
| | | ☐ 0202  Writ – Mandamus on Limited Court Case Matter | 2 |
| | | ☐ 0203  Writ – Other Limited Court Case Review | 2 |
| | Other Judicial Review (39) | ☐ 3901  Other Writ/Judicial Review | 2, 8 |
| | | ☐ 3902  Administrative Hearing | 2, 8 |
| | | ☐ 3903  Parking Appeal | 2, 8 |
| Provisionally Complex Litigation | Antitrust/Trade Regulation (03) | ☐ 0301  Antitrust/Trade Regulation | 1, 2, 8 |
| | Asbestos (04) | ☐ 0401  Asbestos Property Damage | 1, 11 |
| | | ☐ 0402  Asbestos Personal Injury/Wrongful Death | 1, 11 |

LASC CIV 109 Rev 01/23
For Mandatory Use

CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION

LASC Local Rule 2.3
Page 3 of 5

CEB Essential
ceb.com  Forms

JENNINGS, Andrea

| SHORT TITLE | CASE NUMBER |
|---|---|
| JENNINGS v. UNITED AIRLINES, INC., et al. | |

| | A<br>Civil Case Cover<br>Sheet Case Type | | B<br>Type of Action<br>(check only one) | C<br>Applicable<br>Reasons (see<br>Step 3 above) |
|---|---|---|---|---|
| Provisionally Complex Litigation (Continued) | Construction Defect (10) | ☐ 1001 | Construction Defect | 1, 2, 3 |
| | Claims Involving Mass Tort (40) | ☐ 4001 | Claims Involving Mass Tort | 1, 2, 8 |
| | Securities Litigation (28) | ☐ 2801 | Securities Litigation Case | 1, 2, 8 |
| | Toxic Tort Environmental (30) | ☐ 3001 | Toxic Tort/Environmental | 1, 2, 3, 8 |
| | Insurance Coverage Claims from Complex Case (41) | ☐ 4101 | Insurance Coverage/Subrogation (complex case only) | 1, 2, 5, 8 |
| Enforcement of Judgment | Enforcement of Judgment (20) | ☐ 2001 | Sister State Judgment | 2, 5, 11 |
| | | ☐ 2002 | Abstract of Judgment | 2, 6 |
| | | ☐ 2004 | Administrative Agency Award (not unpaid taxes) | 2, 8 |
| | | ☐ 2005 | Petition/Certificate for Entry of Judgment Unpaid Tax | 2, 8 |
| | | ☐ 2006 | Other Enforcement of Judgment Case | 2, 8, 9 |
| Miscellaneous Civil Complaints | RICO (27) | ☐ 2701 | Racketeering (RICO) Case | 1, 2, 8 |
| | Other Complaints (not specified above) (42) | ☐ 4201 | Declaratory Relief Only | 1, 2, 8 |
| | | ☐ 4202 | Injunctive Relief Only (not domestic/harassment) | 2, 8 |
| | | ☐ 4203 | Other Commercial Complaint Case (non-tort/noncomplex) | 1, 2, 8 |
| | | ☐ 4204 | Other Civil Complaint (non-tort/non-complex) | 1, 2, 8 |
| Miscellaneous Civil Petitions | Partnership Corporation Governance (21) | ☐ 2101 | Partnership and Corporate Governance Case | 2, 8 |
| | Other Petitions (not specified above) (43) | ☐ 4301 | Civil Harassment with Damages | 2, 3, 9 |
| | | ☐ 4302 | Workplace Harassment with Damages | 2, 3, 9 |
| | | ☐ 4303 | Elder/Dependent Adult Abuse Case with Damages | 2, 3, 9 |
| | | ☐ 4304 | Election Contest | 2 |
| | | ☐ 4305 | Petition for Change of Name/Change of Gender | 2, 7 |
| | | ☐ 4306 | Petition for Relief from Late Claim Law | 2, 3, 8 |
| | | ☐ 4307 | Other Civil Petition | 2, 9 |

LASC CIV 109 Rev. 01/23
For Mandatory Use

CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION

LASC Local Rule 2.3
Page 4 of 5

■CEB Essential
ceb.com ⌐Forms

JENNINGS, Andrea

| SHORT TITLE | CASE NUMBER |
|---|---|
| JENNINGS v. UNITED AIRLINES, INC., et al., | |

**Step 4: Statement of Reason and Address:** Check the appropriate boxes for the numbers shown under Column C for the type of action that you have selected. Enter the address, which is the basis for the filing location including zip code. (No address required for class action cases).

| REASON: | ADDRESS: |
|---|---|
| [X] 1. [ ] 2. [ ] 3. [X] 4. [ ] 5. [ ] 6. [ ] 7. [ ] 8. [ ] 9. [ ] 10. [ ] 11 | United Airlines, Inc., c/o Burbank Airport 2627 N. Hollywood Way Burbank, California 91505 |
| CITY: Burbank | STATE: CA | ZIP CODE: 91505 | |

**Step 5: Certification of Assignment:** I certify that this case is properly filed in the Burbank District of the Superior Court of California, County of Los Angeles [Code of Civ. Proc., 392 et seq., and LASC Local Rule 2.3(a)(1)(E)]

Dated: January 8, 2024

_____
(SIGNATURE OF ATTORNEY/FILING PARTY)

**PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:**

1. Original Complaint or Petition.
2. If filing a Complaint, a completed Summons form for issuance by the Clerk.
3. Civil Case Cover Sheet Judicial Council form CM-010.
4. Civil Case Cover Sheet Addendum and Statement of Location form LASC CIV 109 (01/23).
5. Payment in full of the filing fee, unless there is a court order for waiver, partial or scheduled payments.
6. A signed order appointing a Guardian ad Litem, Judicial Council form CIV-010, if the plaintiff or petitioner is a minor under 18 years of age will be required by Court to issue a Summons.
7. Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the Summons and Complaint, or other initiating pleading in the case.

LASC CIV 109 Rev 01/23
For Mandatory Use

■CEB Essential
ceb.com [ ]Forms

CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION

JENNINGS, Andrea

LASC Local Rule 2.3
Page 5 of 5