JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA JENNINGS, | Case No.: 2:24-cv-11208-GW-MAR |
| Plaintiff, | [PROPOSED] JUDGMENT GRANTING UNITED AIRLINES INC.'S MOTION FOR SUMMARY JUDGEMENT |
| v. | |
| UNITED AIRLINES, INC., and DOES 1 to 100, Inclusive, | |
| Defendants. | |

United Airlines, Inc.'s Motion for Summary Judgment came on regularly for hearing on April 23, 2026, at 8:30 a.m.  After considering the papers submitted in support of and in opposition to the motion, the authorities cited by the parties, as well as oral argument of counsel, IT IS HEREBY ORDERED THAT the motion is GRANTED in its entirety, and Plaintiff's Complaint is dismissed with prejudice. Judgment is, thus, entered in favor of United Airlines, Inc.

Dated: _____ April 23 _, 2026

_George H. Wu_
Honorable George H. Wu
U.S. District Court Judge

[PROPOSED] JUDGMENT
CASE NO.: 2:24-CV-11208-GW-MAR